# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FELIPE FUENTES

NO. 2022 KW 0800

**SEPTEMBER 26, 2022**

---

In Re:    Felipe Fuentes, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          519,497.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                            MRT
                            WRC
                            CHH

COURT OF APPEAL, FIRST CIRCUIT

_q.Sn_

DEPUTY CLERK OF COURT
    FOR THE COURT